JS-6

*FILED*
*CLERK, U.S. DISTRICT COURT*
*APR 16 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY          DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE CRISTOBAL,<br><br>  Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>  Respondent. | Case No. CV 08-1092 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: *April 15*, 2008

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*APR 17 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY          DEPUTY*