ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ENRIQUE CRISTOBAL, | Case No. CV 08-01092 DOC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 7, 2008

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 08, 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY